# In the United States Court of Federal Claims

* * * * * * *

INDIAN HEAD ELDERLY LIMITED PARTNERSHIP, *

Plaintiff, * No. 05-1101C

v. * Filed: December 2, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' Joint Motion for a Stay of Proceedings until 14 days after the conclusion of ADR is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge