# In the United States Court of Federal Claims

* * * * * *

INDIAN HEAD ELDERLY LIMITED PARTNERSHIP, *

Plaintiff, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

No. 05-1101C

Filed: April 24, 2008

**ORDER**

We ask the parties to file a joint status report on or before May 1 informing the court of the status of this case.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge